# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES FREEMAN,

    Plaintiff

v.

RICHARD BLOSSER, et al.,

    Defendants

Case No.: 2:26-cv-00031APG-EJY

**Order**

Joseph Sakai, counsel for plaintiff, is in violation of this district's Local Rule IA 11-1. According to the State Bar of Nevada, Mr. Sakai is a Nevada-licensed attorney who does not maintain a Nevada office.  Local Rule IA 11-1(b)(2) requires such attorneys to either associate a Nevada-licensed attorney who maintains an office in Nevada or designate a Nevada-licensed attorney for service of papers.  Mr. Sakai has not complied with this rule.

I THEREFORE ORDER Mr. Sakai to file proof of compliance with Local Rule IA 11-1(b) by March 25, 2026.  The failure to do so may result in sanctions, including disallowing Mr. Sakai to appear in this or any other case in this district.

DATED this 24th day of February, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE