**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES FREEMAN, | Case No.: 2:26-cv-00031-APG-EJY |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| RICHARD BLOSSER, et al., | |
| Defendants | |

In light of plaintiff James Freeman's response to the order to show cause (ECF No. 12), I ORDER that the order to show cause (ECF No. 11) is satisfied, and I will not dismiss this case for lack of subject matter jurisdiction at this time. However, the plaintiff remains responsible for establishing subject matter jurisdiction exists before final judgment is entered.

DATED this 27th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE